UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Elizabeth M. Jensen f/k/a Elizabeth M. Cooper and Robert Weme, on behalf of themselves and all others similarly situated, | File No. 22-cv-02945 (ECT/LIB) |
| Plaintiffs, | |
| v. | **ORDER** |
| Specialized Loan Servicing LLC and Randall S. Miller & Associates, PLLC, and Randall S. Miller and Associates, P.C. – CO, | |
| Defendants. | |

---

Plaintiffs Elizabeth M. Jensen and Robert Weme have filed a Stipulation of Dismissal as to Defendant Randall S. Miller and Associates, P.C. – CO. ECF No. 94. The Stipulation, signed by counsel to all parties who have appeared in this action, was filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that a plaintiff may voluntarily "dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."

Rule 41(a) permits the dismissal of "an action." It does not permit dismissal of less than all claims comprising an action. Courts seem to disagree whether dismissal of all claims against one of multiple defendants is dismissal of "an action" or something less than that. *See* 9 Charles Alan Wright & Arthur R. Miller, *Federal Practice & Procedure* § 2362 (3d ed. 2008). Though the Eighth Circuit has commented regarding these issues, it has not resolved the specific question of whether dismissal of all claims against one of multiple

defendants is dismissal of an action that, in turn, qualifies for voluntary disposition under Rule 41(a).  *See Wilson v. Crouse-Hinds Co.*, 556 F.2d 870, 873 (8th Cir. 1977); *Johnston v. Cartwright*, 355 F.2d 32, 39 (8th Cir. 1966).

Absent contrary, binding authority or a need to more fully consider the issue on different facts from those presented here, the Court will construe the term "action" in the context of Rule 41(a) to include all claims asserted against one of multiple defendants.  *See, e.g.*, *Van Leeuwen v. Bank of Am., N.A.*, 304 F.R.D. 691, 693–97 (D. Utah 2015); *Ward v. Gaetz*, No. 10-cv-640-GPM, 2011 WL 977921, at *1 (S.D. Ill. Mar. 18, 2011); *see also Graco, Inc. v. Techtronic Indus. N. Am., Inc.*, No. 09-cv-1757 (JRT/RLE), 2010 WL 915213, at *1–3 (D. Minn. Mar. 9, 2010); *see also* 8 *Moore's Federal Practice* § 41.21[3][a].  This approach reflects a reasonable interpretation of Rule 41(a) and—as a practical matter—seems more likely to promote "the just, speedy, and inexpensive determination of [the] action."  Fed. R. Civ. P. 1.

For the foregoing reasons, and based on all the files, records, and proceedings herein, **IT IS ORDERED** that:

1. The action is **DISMISSED without prejudice** as to Defendant Randall S. Miller and Associates, P.C. – CO, without fees and costs awarded to any party.

2. The Motions to Dismiss for Lack of Jurisdiction filed by Randall S. Miller and Associates, P.C. – CO [ECF Nos. 78, 83] are **DENIED as moot**.

Dated:  September 27, 2024         s/ Eric C. Tostrud
                                   Eric C. Tostrud
                                   United States District Court