# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ELIZABETH M. JENSEN *formerly known as Elizabeth M. Cooper* and ROBERT WEME, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC and RANDALL S. MILLER & ASSOCIATES, PLLC,<br><br>Defendants. | Case No. 22-cv-2945 (LMP/DLM)<br><br><br><br><br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the Stipulation for Dismissal with Prejudice between Plaintiffs and Defendant Specialized Loan Servicing LLC, ECF No. 120, and Stipulation for Dismissal with Prejudice between Plaintiffs and Defendant Randall S. Miller & Associates, PLLC, ECF No. 122 (jointly "Stipulations"). Based on the parties' Stipulations, and on the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that all claims between the parties in this matter are **DISMISSED WITH PREJUDICE,** without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 10, 2025

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge