# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Elizabeth M Jensen,<br><br>Plaintiff(s),<br><br>v.<br><br>Robert Weme, Specialized Loan Servicing LLC<br>and Randall S. Miller & Associates, PLLC,<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 22-cv-02945-LMP-DLM |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

all claims between the parties in this matter are **DISMISSED WITH PREJUDICE,** without costs, disbursements, or attorneys' fees to any party.

Date: 7/11/2025                                                                                            KATE M. FOGARTY, CLERK